

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00511-CR

Timothy Paul **MURNANE**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR5755
Honorable Ray Olivarri, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, we WITHDRAW our December 19, 2013 order and REINSTATE this appeal on this court's docket. Appellant's motion to dismiss this appeal is GRANTED; this appeal is DISMISSED. Appellate counsel's motion to withdraw is GRANTED.

SIGNED February 5, 2014.

_____
Patricia O. Alvarez, Justice